George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, Shawn Newton

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHAWN NEWTON,<br><br>　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner,<br>Social Security Administration,<br><br>　　Defendant. | Civil Action No.: 3:18-cv-01848-MO<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

　　IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $21,400.00 is approved to plaintiff's counsel.  Credit is taken for EAJA fees paid in the amount of $6,463.72, so that the net amount due plaintiff's counsel is $14,936.28.

　　IT IS SO ORDERED:

Date: May 13, 2020

*Michael W. Mosman*
US DISTRICT COURT JUDGE

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028